| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | CRIMINAL ACTION NO. 4:12-CR-100 |
| § | |
| ARMANDO MEDINA GONZALEZ § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On November 20, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendation that the Defendant's Motion for Suppression of Evidence (Dkt. #26) should be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Defendant's Motion for Suppression of Evidence (Dkt. #26) is **DENIED.**

SIGNED at Beaumont, Texas, this 13th day of December, 2012.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE